# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THOMAS BOLICH,

     Petitioner,

vs.

WARDEN NEVENS, et al.,

     Respondents.

Case No. 2:14-cv-01133-GMN-NJK

**ORDER**

     Petitioner has submitted an application to proceed *in forma pauperis* (#1) and a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The Court finds that petitioner is able to pay the full filing fee of five dollars ($5.00).

     **IT IS THEREFORE ORDERED** that the application to proceed *in forma pauperis* (#1) is **DENIED**.  Petitioner shall have **thirty (30) days** from the date that this Order is entered to have the filing fee of **FIVE DOLLARS ($5.00)** sent to the Clerk of the Court.  Failure to comply will result in the dismissal of this action.

     **IT IS FURTHER ORDERED** that the Clerk of the Court shall send petitioner two copies of this Order.  Petitioner is ordered to make the necessary arrangements to have one copy of this Order attached to the check paying the filing fee.

     DATED this 11th day of July, 2014.

                                      _____
                                      Gloria M. Navarro, Chief Judge
                                      United States District Court